UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GSC Development, Inc., dba "GSC, Inc." a California corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JINLONG Industrial Co. Ltd., a People's Republic of China company; Sinoware International Co., Ltd., a People's Republic of China company; EKKA International Co., Ltd., an Illinois corporation; Winnie Lu, a citizen of the People's Republic of China; Hailo USA, Inc., a Corporation; and Honey-Can-Do International , LLC, an Illinois limited liability corporation,<br><br>　　　　　　Defendants | Case No.:  8:17-cv-01763-CJC-DFM<br><br>**ORDER DISMISSING CASE ON STIPULATION PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)** |

　　On the stipulation of the parties pursuant to FRCP Rule 41 (a) (1) (A) (ii), and good cause appearing therefor, IT IS HEREBY ORDERED that the above-entitled case is dismissed with prejudice. Each party to bear their own costs and attorneys' fees.

DATED: March 6, 2020　　　　　　　　／s／ Cormac J. Carney
　　　　　　　　　　　　　　　　　　HONORABLE CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT